# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BENJAMIN BARRON, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Defendants. | Civil Action No.<br><br>20-5359 (LDW)<br><br>**ORDER** |

**WHEREAS** the Court entered an Order dated May 20, 2022 approving a collective action settlement, dismissing the action with prejudice but leaving the docket open to allow plaintiffs to file claim forms, and retaining jurisdiction over this action "for the purposes of supervising the implementation, enforcement, construction, administration, and interpretation of the Settlement Agreement, including overseeing the distribution of settlement funds." (ECF No. 66); and

**WHEREAS** by letter dated July 17, 2023, the parties informed the Court that administration of the settlement has concluded and the docket may be formally closed. (ECF No. 85); therefore,

**IT IS** on this day, July 19, 2023, **ORDERED** that:

1. The purposes for which the Court retained jurisdiction having been completed, the parties are hereby notified that the Court's retention of jurisdiction will expire on **August 18, 2023** unless the parties show good cause why the Court should not divest itself of jurisdiction over the Settlement Agreement prior to that date.

2. The Clerk of Court is directed to mark this case as CLOSED.

    *s/ Leda Dunn Wettre*
Hon. Leda Dunn Wettre
United States Magistrate Judge